**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52255.**

March 22, 1972.

On the showing made, relator is not entitled to the relief sought.

259 So.2d 71

**STATE of Louisiana ex rel. Bobby D. GLOVER**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52244.**

March 22, 1972.

Retained counsel at plea. See McGriff v. Wainwright, 431 F.2d 897

(5th Cir. 1970). Moreover, under the one issue of lack of knowledge of penal consequence of plea, the colloquy recorded at the plea negate that allegation.

259 So.2d 71

**STATE of Louisiana**

**v.**

**Benjamin Frank KENT.**

**No. 52277.**

March 22, 1972.

(See order).

The petition of the relator in the above entitled and numbered case having been duly considered,

It is ordered that a writ of certiorari issue herein, directing the Honorable Matthew S. Braniff, Judge of the Criminal District Court, Section "B", for the Parish of Orleans, to transmit to the Supreme Court of Louisiana, on or before the 8th day of June, 1972, the record in duplicate, or a certified copy of the record in duplicate, of the proceedings complained of by

the relator herein, to the end that the validity of said proceedings may be ascertained.

It is further ordered that the aforesaid Judge of said Court and the respondent through counsel shall show cause, in this court, on the date aforesaid, at 11 o'clock A.M., why the relief prayed for in the petition of the relator should not be granted.